

**Barshay Sanders** PLLC **MEMO ENDORSED**

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

December 15, 2020

*Via ECF*
Hon. Kenneth M. Karas, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, New York 10601

    Re:    *Hi Chul Mun v. MRS BPO, LLC*
            Docket No: 7:20-cv-01777-KMK

Dear Judge Karas:

    We are the attorneys for Plaintiff in this matter and write with respect to the pre-motion conference presently scheduled for Thursday, December 17, 2020, at 11:30AM, which Ms. Bordes of your Chambers indicated the Court would like to advance to tomorrow.

    By this letter, it is respectfully requested that the Court adjourn the conference for 30 days, to allow the parties to resume settlement discussions, in the hope that such discussions will avoid the need for the requested motion practice. I have discussed this request with Michael Etmund, Esq., counsel for Defendant, and am authorized to represent that this request is made on consent.

    Thank you.

Respectfully submitted,

/s *Jonathan M. Cader*
Jonathan M. Cader

Granted. The Court will hold a teleconference on January 29, 2021 at 10:30 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/16/2020